Supreme Court—Swenty v. Obermeier.

STEPHEN W. SWENTY, AN INFANT, WHO SUES, ETC.,
PLAINTIFF, v. GEORGE OBERMEIER, DEFENDANT.

Submitted October term, 1926—Decided January 19, 1927.

**Negligence—Injury to Minor Through Explosion of Gasoline Tank
in Garage—Whether Minor Went Beyond Bounds of His In-
vitation Properly Admitted to Jury—Award Not Excessive.**

On rule to show cause.

Before Justices BLACK and CAMPBELL.

For the defendant, *Elmer W. Romine.*

For the plaintiff, *Frank G. Turner.*

PER CURIAM.

The defendant obtained a rule to show cause in this case
why the verdict of $3,000 for personal injuries, in favor of
the infant plaintiff, and verdict of $669 in favor of the
father, should not be set aside.

The injuries were caused by the explosion of a gasoline tank
on December 15th, 1924, at Rockaway, New Jersey. The tank
exploded in the defendant's garage while being repaired.

The defendant writes down eight reasons for a new trial,
which are argued in the brief under two heads, viz., the in-
fant plaintiff, Stephen W. Swenty, stood in a place of danger,
going beyond the bounds of his invitation, and the damages
awarded by the jury are excessive. These were questions of
fact properly submitted to the jury under the evidence. We
see no reason for disturbing the verdicts. The rule to show
cause is therefore discharged.